[Cite as *02/25/2011 Case Announcements*, 2011-Ohio-846.]

## MISCELLANEOUS DISMISSALS

**2010–1538.   State ex rel. Waters v. WEK Acquisition Corp., Inc.**
Franklin App. No. 09AP–337, 2010-Ohio-3520. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–2283.   State ex rel. Levine v. Ohio Bur. of Workers' Comp.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

Upon consideration of respondent's motion to strike relator's memo opposing the motion for judgment on the pleadings as having been untimely filed, it is ordered by the court that the motion is denied as moot.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0221.   State ex rel. Defiance Cty. Bd. of Commrs. v. Hilkert.**
In Mandamus.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1769.   Marlgate, L.L.C. v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–M–644.

**2010–1948.   State ex rel. Glunt Industries, Inc. v. Indus. Comm.**
Franklin App. No. 09AP–260, 2010-Ohio-4600.

**2010–2029.   State ex rel. Data Trace Information Sys., L.L.C. v. Cuyahoga Cty. Recorder.**
In Mandamus.

**2010–2067.   State ex rel. Waiters v. Szabo.**
Cuyahoga App. No. 94599, 2010-Ohio-5249.